1020

No. 77–5680. WRIGHT v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–5696. TIMMINS v. GORE NEWSPAPERS CO., INC. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 77–5700. HAMILTON v. UNITED STATES;
No. 77–5704. CHRISTOPHER v. UNITED STATES;
No. 77–5705. CHRISTOPHER ET AL. v. UNITED STATES; and
No. 77–5707. BRYANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 557 F. 2d 1064.

No. 77–5712. BERARD v. HOGAN, CORRECTIONS COMMISSIONER. C. A. 2d Cir. Certiorari denied.

No. 77–5716. SANDERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5717. NICHOLAS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5718. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5722. WILSON v. VOLKSWAGEN OF AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5723. TAYLOR v. RIDDLE, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 77–5726. DIXON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77–5729. VASARAB v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.